IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, | * |
| | * |
| Plaintiffs, | Case No. 7:14-CV-158(HL) |
| v. | * |
| LOWNDES COUNTY BOARD OF EDUCATION, et al., | * |
| | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 28, 2015, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Lowndes County, Georgia.

This 28th day of January, 2015.

William E. Tanner, Clerk

s/ Robin L. Walsh, Deputy Clerk